UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:18-cv-14305-RLR

GRIOT'S GARAGE, INC.,

    Plaintiff,

vs.

SHURHOLD INDUSTRIES, INC.,

    Defendant.

                                      /

## AMENDED JOINT SCHEDULING REPORT
## AND RULE 26(F) REPORT

Plaintiff Griot's Garage, Inc. ("Griot's") and Defendant Shurhold Industries, Inc. ("Shurhold") jointly file this amended report detailing the conference held between the parties on October 3, 2018, the scheduling conference with the Court on October 30, 2018, and subsequent discussions.

**I.      Appropriate Case Management Track**

The parties request that this action be placed on the "Standard Track" as described in Local Rule 16.1(a)(2)(B).

**II.     Discovery Plan Under Fed. R. Civ. P. 26(f)**

    **(A)      Required Disclosures**

The parties do not seek any changes to the requirements of Fed. R. Civ. P. 26.  The parties agree to serve their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by November 13, 2018.

    **(B)     Discovery Topics**

The parties may seek discovery with respect to all allegations contained in, and remedies

sought through, the Complaint, and the Answer and Affirmative Defenses and Counterclaims. The Defendant will also seek discovery pertinent to a claim for fees and costs, pursuant to 25 U.S.C. § 285.  The parties agree that discovery should not occur in phases, and the parties may serve interrogatories, requests for production, and requests for admissions at any time permitted under the Court's Scheduling Order.

### (C)     Electronically Stored Information

The parties agree that readily accessible electronically stored information will be produced in native format.  To the extent electronically stored information is not readily accessible, the parties agree to follow the guidelines provided in Fed. R. Civ. P. 26(b)(2)(B).

### (D)     Privilege and Trial-Preparation Materials

The parties do not anticipate any issues regarding claims of privilege or protection of trial-preparation materials beyond those that arise in the ordinary course of patent litigation.  The parties agree that the procedures contained in Fed. R. Civ. P. 26(b), and their expected Stipulated Protective Order, will govern any such claims.  It is likely that this case will involve confidential or other protected documents.  The parties will work together to submit an appropriate protective order for the Court's approval.

### (E)     Limitations on Discovery

The parties do not seek any changes to the limitations on discovery under the Federal Rules.

## III.    Mandatory Areas of Discussion Under Local Rule 16.1

### (A)     The Likelihood of Settlement

The parties have discussed the possibility of settlement.  While settlement presently appears unlikely, the parties do not anticipate any impediment to open lines of communication

should settlement of this matter appear appropriate.

### (B) The Likelihood of Appearance of Additional Parties

The parties do not anticipate that additional parties will be added to this action.

### (C) Proposed Time Limits

**Pre-*Markman* Deadlines**

| | |
|---|---|
| Service of initial disclosures | November 13, 2018 |
| Joinder of additional parties and/or amend pleadings | December 3, 2018 |
| Parties identify claim terms they believe require construction | January 11, 2019 |
| Parties shall provide preliminary proposed constructions for the claim terms identified, and identify any extrinsic evidence they believe pertinent to those constructions | January 25, 2019 |
| Parties shall meet and confer as to whether agreement exists as to any particular claim terms, or whether the number of terms can be reduced | February 8, 2019 |
| Parties shall file a Joint Claim Construction Statement, containing their final proposed claim constructions and a description of the substance of any witnesses proposed testimony, including a listing of any opinions to be rendered in connection with claim construction | February 15, 2019 |
| The parties shall simultaneously file their Opening Claim Construction Briefs | March 1, 2019 |
| Deadline for deposition of any witness who submitted a declaration regarding claim construction | March 29, 2019 |
| Deadline to file Responsive Claim Construction Briefs | April 19, 2019 |
| The Court and the parties shall be ready for a *Markman* Hearing beginning on | April 29, 2019 |

**Post *Markman* Deadlines**

| | |
|---|---|
| Plaintiff shall serve its expert report | May 31, 2019 |
| Defendant shall serve its expert report | June 28, 2019 |
| Deadline for deposition of parties' experts and close of expert discovery | July 12, 2019 |
| Close of fact discovery | July 12, 2019 |
| Dispositive motions on the issues of infringement, invalidity and/or enforceability and *Daubert* motions. | July 26, 2019 |
| Deadline to file all remaining pretrial motions and memoranda of law, including motions *in limine* | August 9, 2019 |
| Completion of Mediation | August 26, 2019 |
| Joint Pretrial Stipulations shall be filed, designations of deposition testimony shall be made, and parties shall exchange Rule 26(a)(3) witness and exhibit lists | September 6, 2019 |
| Counter-designations of deposition testimony and objections to designations of deposition testimony shall be filed. | September 13, 2019 |
| Objections to counter-designations of deposition testimony and responses to objections to designations of deposition testimony shall be filed | September 20, 2019 |
| Status Conference | September 25, 2019 |
| Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed.  The parties' deposition designation notebook, if applicable, is due. | October 7, 2019 |
| Deadline for the parties to submit their joint trial plan. | October 21, 2019 |
| Calendar Call | October 23, 2019 |
| Beginning of Trial Period | October 28, 2019 |

**(D)** **Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment**

The parties are presently unaware of any frivolous claims or defenses, or the need to simplify issues.  The parties believe there should be a single summary judgment motion.

**(E)** **The Necessity or Desirability of Amendment to the Pleadings**

4

The parties anticipate that it may be necessary to amend the pleadings and have proposed a deadline of December 3, 2018 to do so. The parties also note that Defendant filed a Motion to Dismiss, which may affect the necessity of amending the Complaint.

**(F)     The Possibility of Obtaining Admissions of Fact and of Documents, ESI or Things which will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents and the Need for Advance Rulings from the Court on the Admissibility of Evidence**

The parties will endeavor to stipulate to the authenticity of documentary evidence to be offered at trial. The parties will also endeavor to stipulate to undisputed facts relevant to the issues involved in this dispute. At this time, neither party believes that there is a need for advance rulings on the admissibility of evidence.

**(G)     Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

The parties will endeavor to cooperate for litigating this case efficiently.

**(H)     Suggestions on the Advisability of Referring Matters to the Magistrate Judge or Master**

The parties do not agree to jurisdiction over this matter by a magistrate judge, except for discovery issues.

**(I)     Preliminary Estimate of the Time Required for Trial**

The parties believe that a three to ten day trial will be sufficient.

**(J)     Requested Date or Dates for Conferences before Trial, a Final Pretrial Conference, and Trial**

The Court has set a Status Conference to occur September 25, 2019 at 9:30 a.m. and the trial period to begin on October 28, 2019 at 9:00 a.m.

**(K)     Any issues about:**

  **(i)     Disclosure, Discovery, or Preservation of ESI, including the Form or Forms in which it Should be Produced**

None at this time.

### (ii) Claims of Privilege or of Protection as Trial-Preparation Materials

None at this time.

### (iii) Whether the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist

The parties agree to use the ESI checklist available at www.flsd.uscourts.gov to guide any discussions about discovery of ESI.

Dated this 6th day of November, 2018.

                                            Respectfully submitted,

By: */s/ Matthew Zimmerman*
**Matthew Zimmerman**
Florida Bar No. 011484
matthew.zimmerman@hklaw.com
**Seth Welner**
Florida Bar No. 099214
seth.welner@hklaw.com
**HOLLAND & KNIGHT LLP**
222 Lakeview Avenue, Suite 1000
West Palm Beach, FL  33401
561.833.2000 telephone
561.650.8399 facsimile

Warren Rheaume *(Pro Hac Vice)*
warrenrheaume@dwt.com
Max Hensley *(Pro Hac Vice)*
maxhensley@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 telephone
206.757.7700 facsimile

*Counsel for Griot's Garage, Inc.*

6

#60689553_v1
4842-1175-7690v.4 0037404-000082

        By:  */s/ Andrew D. Lockton*
        Edward F. McHale (FBN: 190300)
        Kenneth W. Cohen (FBN: 30185)
        Andrew D. Lockton (FBN: 115519)
        **MCHALE & SLAVIN, P.A.**
        2855 PGA Boulevard
        Palm Beach Gardens, FL  33410
        561.625.6575 telephone
        561.625.6572 facsimile
        litigation@mchaleslavin.com

        *Counsel for Shurhold Industries, Inc.*

#60689553_v1
4842-1175-7690v.4 0037404-000082

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By: */s/ Matthew Zimmerman*
      Matthew Zimmerman

#60689553_v1
4842-1175-7690v.4 0037404-000082