UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:18-CV-14305-ROSENBERG

GRIOT'S GARAGE, INC.,

    Plaintiff,

v.

SHURHOLD INDUSTRIES, INC.,

    Defendant.

_____/

### SCHEDULING ORDER AND ORDER REFERRING CASE TO MEDIATION

Pursuant to the Court's Order Setting Trial and Order of Requirements, the Court has considered the Amended Joint Scheduling Report of the parties. The Court hereby **ORDERS** that **discovery shall begin immediately**. The Court also orders the following:

### I. PRETRIAL DEADLINES

The pretrial deadlines in this case, which shall not be modified absent compelling circumstances, are as follows:

| | |
|---|---|
| Joinder of additional parties and/or amend pleadings | December 3, 2018 |
| Parties identify claim terms they believe require construction | January 11, 2019 |
| Parties shall provide preliminary proposed constructions for the claim terms identified, and identify any extrinsic evidence they believe pertinent to those constructions | January 25, 2019 |
| Parties shall meet and confer as to whether agreement exists as to any particular claim terms, or whether the number of terms can be reduced | February 8, 2019 |
| Parties shall file a Joint Claim Construction Statement, containing their final proposed claim constructions and a description of the substance of any witnesses proposed testimony, including a listing of any opinions to be rendered in connection with claim construction | February 15, 2019 |
| The parties shall simultaneously file their Opening Claim Construction Briefs | March 1, 2019 |

| | |
|---|---|
| Deadline for deposition of any witness who submitted a declaration regarding claim construction | March 29, 2019 |
| Deadline to file Responsive Claim Construction Briefs | April 19, 2019 |
| The Court and the parties shall be ready for a *Markman* Hearing beginning on | April 29, 2019 |

**Post *Markman* Deadlines**

| | |
|---|---|
| Plaintiff shall serve its expert report | May 31, 2019 |
| Defendant shall serve its expert report | June 28, 2019 |
| Deadline for deposition of parties' experts and close of expert discovery | July 12, 2019 |
| Close of fact discovery | July 12, 2019 |
| Dispositive motions on the issues of infringement, invalidity and/or enforceability and *Daubert* motions. | July 26, 2019 |
| Deadline to file all remaining pretrial motions and memoranda of law, including motions *in limine* | August 9, 2019 |
| Completion of Mediation | August 26, 2019 |
| Joint Pretrial Stipulations shall be filed, designations of deposition testimony shall be made, and parties shall exchange Rule 26(a)(3) witness and exhibit lists | September 6, 2019 |
| Counter-designations of deposition testimony and objections to designations of deposition testimony shall be filed. | September 13, 2019 |
| Objections to counter-designations of deposition testimony and responses to objections to designations of deposition testimony shall be filed | September 20, 2019 |
| Status Conference | September 25, 2019 |
| Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. The parties' deposition designation notebook, if applicable, is due. | October 7, 2019 |
| Deadline for the parties to submit their joint trial plan. | October 21, 2019 |
| Calendar Call | October 23, 2019 |
| Beginning of Trial Period | October 28, 2019 |

## II.     MEDIATION

Pursuant to Local Rule 16.2, this case is referred to mediation as follows:

    a.    Mediation shall be completed by the above stated deadline for completing mediation;

    b.    The parties shall—within the above stated deadline to designate a mediator and to schedule a time, date, and place for mediation—agree upon a mediator and file a Notice with the Court naming the

    chosen mediator and stating the date, time, and location for which mediation has been scheduled. If the parties are unable to agree upon mediator, they shall ask the Clerk of Court to designate a mediator from the list of certified mediators on a blind random basis;

c. Counsel for Plaintiff shall be responsible for coordinating a mediation date, time, and location agreeable to the mediator and all counsel of record;

d. **Within one (1) day** of the mediation conference, the mediator shall file a Mediation Report indicating who attended the mediation and the result thereof; and

e. The parties shall refer to the Court's Order Setting Status Conference, Calendar Call, and Trial Date for instructions on how to proceed after settlement.

  **DONE AND ORDERED** in Chambers in West Palm Beach, Florida this 14th day of November, 2018.

                  _____
                  ROBIN L. ROSENBERG
                  UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF